IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-851-SKC-SBP

ELIZA LUCERO

    Plaintiff,

v.

CITY OF AURORA;
ANDREW SILBERMAN, Aurora Police Department Detective, in his individual capacity;

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

    HOLLIE R. BIRKHOLZ, Esq., respectfully moves this Court for an Order permitting Hollie R. Birkholz ("Mrs. Birkholz"), who has appeared in these proceedings, to withdraw as counsel for all Defendants, in the above-captioned matter, pursuant to D.C.COLO.LAttyR 5(b) and Rule 1.16 of the Colorado Rule of Professional Conduct.  In support thereof, the undersigned states as follows:

    1.    Mrs. Birkholz will no longer be involved in the above-captioned case.

    2.    Pursuant to Rule 1.16(b)(7) of the Colorado Rule of Professional Conduct, a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.

    3.    Defendants will continue to be represented by Gillian Fahlsing of the Aurora City Attorney's Office and Defendant Andrew Silberman remains represented

in his individual capacity by Eric M. Ziporin and Jonathan N. Eddy of the law office of SGR, LLC.

4.     Mrs. Birkholz did not notify Defendants that they are responsible for complying with all court orders and time limitations nor that they are required to obtain legal counsel, as required by D.C.COLO.LAttyR. 5(b), because Defendants will continue to be represented by the City Attorney's Office and the law office of SGR, LLC.

5.     No party will be prejudiced or otherwise affected by Mrs. Birkholz's withdrawal, as the Defendants remain represented.

6.     Because this motion is brought pursuant to D.C.COLO.LAttyR. 5(b), conferral is not required. See D.C.COLO.LAttyR.7(b)(4).

WHEREFORE, the undersigned respectfully requests to withdraw as counsel in the instant matter.

Respectfully submitted this 18th of December 2024.

OFFICE OF THE CITY ATTORNEY

s/ *Hollie R. Birkholz*
Hollie R. Birkholz
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Email: hbirkhol@auroragov.org
*Counsel for Defendants*

2

# CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of December 2024, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was electronically filed with the Clerk of the United States Court of the District of Colorado using its CM/ECF system and served in the same manner on all counsel of record:

Adam Frank
FRANK LAW OFFICE LLC
adam@franklawoffice.com
*Counsel for Plaintiff*

Eric M. Ziporin
Jonathan N. Eddy
SGR, LLC
eziporin@sgrllc.com
jeddy@sgrllc.com
*Counsel for Defendant Silberman*

                                        *s/ Nicole N. Chapman*
                                        Nicole N. Chapman, Paralegal