IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No: 1:23-cv-00851-SKC-SBP
Courtroom Deputy: Stef Jeffries

Date: September 30, 2026
FTR: Courtroom A502

| *Parties:* | *Counsel:* |
| --- | --- |
| ELIZA LUCERO,<br><br>Plaintiff, | Adam Frank<br>William Fairhurst |
| v. | |
| CITY OF AURORA and<br>ANDREW SILBERMAN,<br><br>Defendant. | Greg Bueno<br>Jonathan Eddy |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**12:04 p.m. Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding the Motion for Protective Order (ECF No. 77).

For the reasons stated on the record, it is

**ORDERED:** The Motion for Protective Order (ECF No. 77) is **GRANTED in part**. A full written order will follow.

On or before **October 9, 2026**, the City of Aurora shall submit any additional draft versions of the affidavit in question to the court for in camera review.

The court finds good cause to amend the Scheduling Order as follows:

Affirmative Experts Disclosures: May 24, 2027
Rebuttal Experts Disclosures: June 29, 2027
Discovery cut-off: August 16, 2027

**No later than 10 days after the close of discovery,** a party intending to file a motion for summary judgment must meaningfully confer with the opposing party and jointly contact chambers by email to set a pre-motion status conference with the Court.

Deadline for Motions Pursuant to Fed. R. Evid. 702: The deadline for filing these motions is the same as the date set for the Final Pretrial Conference, which will be set by Judge Crews upon disposition of any dispositive motions filed.

**12:23 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time: 19 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.